ACCEPTED
04-14-00657-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/5/2015 10:27:52 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00657-CV

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT OF TEXAS

SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/5/2015 10:27:52 AM
KEITH E. HOTTLE
Clerk

**RICHARD LESHIN, SUCCESSOR TRUSTEE
OF THE DAVILA FAMILY TRUST, TRUST A,**

**APPELLANT**

**VS.**

**JUAN GERARDO OLIVA, INDIVIDUALLY, AND
ROSINA OLIVA, INDIVIDUALLY AND AS
SUCCESSOR TRUSTEE OF THE DAVILA FAMILY TRUST,
TRUSTS B, C AND D,**

**APPELLEES**

*From the 406th Judicial District Court, Webb County, Texas*
*Cause No. 2008-CVF-000855-D4*
*Honorable Oscar J. Hale, Jr., Judge Presiding*

### NOTICE OF CHANGE OF ADDRESS

The undersigned files this Notice of Change of Address and requests that the Court's docket in the above styled cause be updated accordingly:

Allen Cazier
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Email: cazlaw@yahoo.com
Telephone:  (210) 824-3278
Fax:  (210) 824-3937

All filings, correspondence and notices should be sent to this address.

1

Respectfully submitted,

**OLIVERO E. CANALES**
State Bar No. 03737200
719 Chihuahua St., Suite 102
Laredo, Texas 78040
956/723-5092 (telephone)
956/723-1327 (fax)

**ALLEN CAZIER**
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: 210/824-3278
Telecopier: 210/824-3937

By:   /s/ Allen Cazier
ALLEN CAZIER
State Bar No. 04037500
*Attorneys for Appellee,*
*Rosina Oliva, Individually and as*
*Successor Trustee of the Davila*
*Family Trust, Trusts B, C & D*

**Certificate of Service**

This is to certify that a true and correct copy of the above and foregoing was, on this 5th day of March, 2015, served by e-mail and/or by fax upon the below listed attorneys of record for their respective parties:

Guadalupe Castillo
Zaffirini and Castillo
1407 Washington
Laredo, Texas 78042
Facsimile:  956/727-4448
Email:  gcast@zaffirini.com

David C. "Clay" Snell
Bayne, Snell & Krause
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Facsimile: 210/824-3937
Email: dsnell@bsklaw.com

Eduard Romero
Villarreal & Romero, PLLC
210 W. Del Mar Blvd., Suite 15
Laredo, Texas 78041
Facsimile: 956/727-2404
Email: romero@vrlawfirm.com

   /s/ Allen Cazier
ALLEN CAZIER